■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILLY JOSEPH SNYDER, Appellant. [598 NYS2d 752] —Judgment

unanimously affirmed. Memorandum: We reject defendant's contentions that the evidence was insufficient to convict defendant and that the verdict was against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490). Further, defendant failed to preserve for appellate review his contention that the verdict was repugnant. (Appeal from Judgment of Jefferson County Court, Clary, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Green, J. P., Fallon, Boomer, Davis and Boehm, JJ.